NMA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           <u>UNSEALING ORDER</u>

- against -                             09 CR 672 (CPS)

MANNY BANA,
PETER DEFILIPPO,
FRANK DEROSA,
SEBASTIAN DEROSA,
JOSEPH LOIACONO,
    also known as "Joe Lefty,"
RICHARD LOTITO,
FRANK PASTORE,
    also known as "Big Frank,"
ANTHONY PIPITONE,
    also known as "Little Anthony,"
VITO PIPITONE,
JOSEPH SAMMARTINO,
    also known as "Sammy,"
JOSEPH SPATOLA,
ANTHONY SCLAFANI,
    also known as "Scal,"
PAUL SPINA,
    also known as "Fat Paulie,"
FRANK TERZO and
NATALE TERZO,

        Defendants.

- - - - - - - - - - - - - - - - - -X

        Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nicole M. Argentieri, for an order unsealing the indictment returned in the above-captioned matter.

WHEREFORE, it is ordered that the indictment in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
October 6, 2009

s/Marilyn D. Go

HONORABLE MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK