

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA
F#.2009R01786

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

September 19, 2011

**By ECF and Federal Express**

James Froccaro, Esq. *(Att'y for M. Bana)*

    Re:    United States v. Manny Bana, et al.
              Criminal Docket No. 09-672 (S-1) (NGG)

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

Statements of the Defendant

       The compact discs described below, containing audio recordings of statements made by the defendant, will be available at Dupe Coop shortly after the date of this letter.  You may obtain these materials by contacting John Palermo at Dupe Coop at (973) 895-1359.

| Description | Bates range |
|---|---|
| Consensual recording dated 4/7/94 | 1988 |
| Consensual recordings dated 4/9,10,11,12/94 | 1989 |
| Consensual recording dated 4/19/94 | 1990 |
| Consensual recording dated 4/20/94 (2 CDs) | 1991-1992 |
| Consensual recording dated 4/20/94 | 1993 |
| Consensual recording dated 4/22/94 | 1994 |
| Consensual recording dated 4/23/94 | 1995 |
| Consensual recording dated 4/26/94 (2 CDs) | 1996-1997 |
| Consensual recording dated 4/30/94 (2 CDs) | 1998-1999 |
| Consensual recordings dated 5/19,20/94 | 2000 |
| Consensual recording dated 5/21/94 | 2001 |

| Description | Bates range |
| --- | --- |
| Consensual recording dated 5/31/94 | 2002 |
| Consensual recording dated 6/3/94 | 2003 |
| Consensual recording dated 2/27/95 (2 CDs) | 2004-2005 |
| Consensual recordings dated 3/29,30,31/95 | 2006 |
| Consensual recording dated 4/1/95 | 2007 |
| Consensual recording dated 1/26/96 | 2008 |
| Consensual recording dated 1/29/96 | 2009 |
| Consensual recording dated 1/30/96 | 2010 |
| Consensual recording dated 1/31/96 | 2011 |
| Consensual recording dated 2/21/96 | 2012 |

Documents and Other Tangible Objects

The documents listed below are attached to this letter.

| Description | Bates range |
| --- | --- |
| Telephone records for telephone number (908) 241-4301 | 2013-2014 |
| Telephone records for telephone number (908) 241-4301 | 2015-2016 |
| Telephone records for telephone number (646) 533-5579 | 2017-2034 |
| Telephone records for telephone numbers (908) 418-8072, (908) 241-4301, and (908) 370-5268 | 2035-2037 |

If you have any questions or requests, please contact me.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

By:   /s/
      Nicole M. Argentieri
      Assistant U.S. Attorney
      (718) 254-6232

cc:    Clerk of Court (NGG) (by ECF w/o attachments)