**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5064
email: **JRFESQ61@aol.com**

March 22, 2012

<u>BY ECF</u>
Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>United States v. Manny Bana</u>
09 Cr 672 (NGG)

Dear Judge Garaufis:

    Mr. Bana is presently scheduled to be sentenced by Your Honor at 11:30 a.m. on March 30, 2012.  Just recently, I received a copy of his Presentence Investigation Report.  By this letter, I am respectfully requesting that Mr. Bana's sentencing be adjourned until 11:30 on April 6, 2012, if this date and time is convenient with the Court.  This will provide me with the time necessary to adequately review the report with my client, and file objections, if any, thereto.

    The government has consented to this request.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:tp

cc: AUSA Gina Parlavecchio, <u>by</u> <u>fax</u>